

06/25/2019  Account Number: ███████

THOMAS MIGUEL
CAROL MIGUEL
124 SUMMIT ST
EAST PROVIDENCE, RI 02914

### DECISION ON THE REQUEST FOR MORTGAGE ASSISTANCE
**PLEASE READ CAREFULLY**

**Account Information**

**Account Number:** ███████

**Property Address:**
124 SUMMIT ST
EAST PROVIDENCE, RI 02914

We are here to help!

Account Relationship Manager:
Rohan Sonawane
HAT@mortgagefamily.com
Online:
www.mortgagequestions.com

Dear THOMAS MIGUEL and CAROL MIGUEL:

Thank you for the request for mortgage assistance. We completed our review of the application and the information provided. We have evaluated the account for available mortgage assistance options and the account does not qualify for the Mortgage Assistance . However, the account is conditionally eligible for other alternative(s) to foreclosure as outlined in the enclosed "Other Available Options."

Below, please find important information about our decision regarding mortgage assistance, with additional details on the following pages.

If it is believed our decision was incorrect, a request for appeal can be made in writing within 30 days from the date of this letter. Additional details on how to submit an appeal are included with this letter.

**The following additional documents are enclosed for more information:**

- Modification Program Review
- Opportunity for Appeal
- Legal Disclosures
- Additional Assistance Available
- Other Available Options

We are here to help! Rohan Sonawane has been assigned as the account relationship manager and will be the designated representative for resolution inquiries and submission of documents

If there are any questions regarding other assistance options that may be available, such as other modification programs, a short sale or deed in lieu of foreclosure, please call the account Relationship Manager Rohan Sonawane toll-free at 800-750-2518, extension 80042. We are available Monday through Friday 8:00 am to 8:00 pm ET. Information concerning this account can also be found online at www.mortgagequestions.com

Our Customer Care Center is also available, toll free at 800-449-8767, Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm ET to answer any inquiries.

*OCWN_GLBL_DENIAL*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



Sincerely,
Loan Servicing

*OCWN_GLBL_DENIAL*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



# MODIFICATION PROGRAM REVIEW

After careful review of the information provided, we have reviewed the loan for available mortgage assistance options as indicated below:

| Program | Determination | Reason for Non-Approval |
|---|---|---|
| Helping Homeowners Modification | Non-Approved | The account is greater than 90 days delinquent. |
| Streamline Modification | Non-Approved | Due to our modification program rules, the lowest modification payment that we can provide will exceed the current mortgage payment by more than 25%. |

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in an active bankruptcy case or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## OPPORTUNITY FOR APPEAL

**What should be done if there is disagreement with the reason for non-approval and a wish to appeal?**

If there is disagreement with the reason(s) for non-approval of any loan modification option, the accountholder is afforded the right to appeal. To appeal, the accountholder is provided 30 days from the date of this notice to send a written explanation and supporting documentation to substantiate findings. Please send a copy of this letter, along with any supporting documents, to:

PHH Mortgage Services
Escalations Department
P.O. Box 5432
Mount Laurel, NJ 08054
Email: EscalatedCases@mortgagefamily.com

No foreclosure sale will be conducted, and the home will not be lost during this 30-day period. However, please note that if a notice of a foreclosure sale date of the home is received, or if notice of a foreclosure sale date of the home was published prior to the submission to us of a completed loan modification application, then such foreclosure sale may not be suspended for this 30-day period if, despite our reasonable attempts to delay the sale, the court with jurisdiction over the foreclosure proceedings, or the bankruptcy court in a bankruptcy case, or the public official charged with carrying out the sale fails or refuses to halt the sale.

If an appeal of our decision is chosen, the mortgage assistance option(s) offered in this notice will remain available pending the outcome of the appeal. If we determine on appeal that the account is eligible for a modification trial period plan, we will send an offer for the trial period plan. In that case, 14 calendar days will be given from the date of the appeal decision to let us know of the intent to accept the trial period plan offer.

If there is a delay in accepting the mortgage assistance option(s) offered in this notice until after receiving our appeal decision, the account will become more delinquent. Any unpaid interest and other unpaid amounts, such as escrows for taxes and insurance, will continue to accrue on the account during the appeal. In that event, the payment amounts and due dates of the initial mortgage assistance option(s) may be adjusted. Our appeal decision is final and not subject to further appeals.

*OCWN_GLBL_DENIAL*
*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## OTHER AVAILABLE OPTIONS

| | **Short Sale** | **Deed-in-Lieu of Foreclosure (DIL)** |
|---|---|---|
| | \multicolumn{2}{l\|}{**The account is conditionally approved for these Mortgage Assistance Options**<br><br>Acceptance of any of these options will not allow the home to be kept, but will allow foreclosure avoidance. These offers are conditional and could be subject to an appraisal or title search. We are not able to guarantee final approval until we receive all the documents required for our final evaluation of the account's eligibility.} | |
| **Option Details** | Listing and selling the property at market value will release the account from mortgage debt serviced by PHH Mortgage Services on this property, even if the sale price is lower than the mortgage debt. | Transferring ownership of the property by signing over the deed/title to us will release the account from the mortgage debt. |
| **Benefits** | ▪ Avoid the stress and potential costs of foreclosure.<br>▪ Sell the property with less negative impact to credit than foreclosure or bankruptcy.<br>▪ The account may be eligible for relocation assistance if qualified. | ▪ A Deed-in-Lieu is a quicker way to get out of the property without the hassle, time and energy associated with listing and selling the house.<br>▪ The account could end up with no mortgage debt and less negative impact to credit than foreclosure or bankruptcy.<br>▪ The account may be eligible to receive up to $10,000 in relocation assistance. |
| **Additional Documents Required**<br><br>**Send by Fax to: 856-917-2848**<br><br>**Or by email:**<br><br>**Short Sale**<br>**SS@mortgagefamily.com**<br><br>**Deed in Lieu**<br>**DIL@mortgagefamily.com** | **We must receive the documents listed below to us by 07/25/2019:**<br><br>▪ Executed Listing Agreement.<br>▪ Executed purchase contract, including all addendums.<br>▪ The buyer's proof of funds or financing pre-approval letter.<br>▪ Preliminary Closing Disclosure/Settlement Statement. | **In order to complete the Deed-in-Lieu transaction the following documents must be sent:**<br>• If the accountholder(s) are married, please provide one of the documents listed below:<br>  o Signed letter stating all accountholder and spouses' complete names, or<br>  o Copy of the marriage license.<br>• If the accountholder(s) are no longer married, please provide the following:<br>  o A copy of the divorce decree,<br>• If accountholder(s) is widowed, please provide one of the documents listed below:<br>  o Copy of the probate court documents,<br>  o Death certificate, or |

*OCWN_GLBL_DENIAL*

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



| | | |
|---|---|---|
| | | o Obituary/newspaper article reporting the death. |
| **Additional Documents/Information We Will Request from Third Parties Prior to Final Approval** | Please note that final approval is conditioned upon receipt of the following documents/information from third-party providers:<br><br>▪ Valuation - an independent valuation of the property that verifies the current estimated market value.<br>▪ Closing costs - verification that closing costs associated with the transaction are reasonable and customary.<br>▪ If applicable, approval from the investor or mortgage insurer of the account to proceed with the transaction. | Please note that final approval is conditioned upon receipt of the following documents/information from third-party providers:<br><br>▪ Valuation - an independent valuation of the property that verifies the current estimated market value.<br>▪ Clear Title - a title search or history demonstrating clear title and in marketable condition.<br>▪ If applicable, approval from the investor or mortgage insurer of the account to proceed with the transaction. |
| **Our Next Steps After We Receive All Required Documents** | After we receive all required documents we will:<br>▪ Complete a review of the account terms, investor requirements, and mortgage insurance requirements, if applicable.<br>▪ Work to complete an independent valuation review. A valuation agent will be in contact or work with the account's designated agent for access to the property so that the valuation agent can set up an appointment.<br><br>If an offer is present and after all documents/information have been received, we will issue a decision within 30 calendar days.<br><br>If we send a final approval, the account will be afforded 14 calendar days from the date of receipt to provide signed written acceptance of the short sale approval.<br><br>Failure to perform all actions required to accept the Short Sale offer will be considered as a rejection. | After we receive all required documents we will:<br>▪ Complete a review of the account terms, investor requirements, and mortgage insurance requirements, if applicable.<br>▪ Work to complete an independent valuation review. A valuation agent will be in contact or work with the account's designated agent for access to the property so that the valuation agent can set up an appointment.<br><br>If we sent a final approval, the account will be afforded 14 calendar days from the date of receipt to provide signed written acceptance of the offer.<br><br>Once we've received written acceptance, our vendor will draft the deed document and schedule a notary at a convenient time and place for the execution of the DIL of foreclosure documents. |

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## ADDITIONAL ASSISTANCE IS AVAILABLE

If financial hardship is being experienced, housing counseling may be a way to help manage finances. We recommend contacting a HUD-approved agency for assistance in keeping the home. This assistance is available at no charge.

| | | |
|---|---|---|
| HUD Approved Housing Counseling | (800) 569-4287 | www.HUD.gov |
| Homeowner's HOPE Hotline Number | (888) 995-4673 | www.hopenow.com |
| Fannie Mae Assistance Program | (800) 232-6643 | www.knowyouroptions.com |
| Consumer Financial Protection Bureau (CFPB) | (855) 411-2372 | www.consumerfinance.gov/mortgagehelp/ |
| Freddie Mac Assistance Program | | http://myhome.freddiemac.com/ |

To submit a qualified written request, a notice of error or a request for information, the following address must be used:

PHH Mortgage Services
PO Box 66002
Lawrenceville, NJ 08648

*OCWN_GLBL_DENIAL*

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



# LEGAL DISCLOSURES

**Notice Regarding Bankruptcy:** Please be advised that if the account is part of an active Bankruptcy case or if the account has received an Order of Discharge from a Bankruptcy Court, this letter is in no way an attempt to collect either a pre-petition, post-petition or discharged debt. If the bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If the account has received an Order of Discharge in a Chapter 7 case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from the accountholder(s) personally. Finally, if the account is in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, the accountholder(s) should continue to make payments in accordance with the plan.

**Notice regarding Credit Discrimination:** The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

**Notice regarding Tax Consequences of Mortgage Assistance Options:** Acceptance of a Loan Modification, Short Sale, or Deed-in-Lieu of Foreclosure may result in federal, state, or local tax consequences and/or affect eligibility for any public assistance benefits. We cannot advise on these impacts and encourage contacting a tax professional to discuss any questions.

NMLS # 2726                                                                                                          OCWN_GLBL_DENIAL

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in an active bankruptcy case or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page **1** of **1**