# Invoice # MAK0189950

**INVOICE DATE:** 03/11/2019

**Invoice Submitted By:**
Korde and Associates P C - Korde and Associates P C
321
Billerica Road Suite 210
Chelmsford MA 1824
978-256-1500
Vendor ID #

**Order Information:**
Order #:
Order Date: 01/14/2019
Order Type: Motion for Relief
Loan #: 8128
Property Address: 124 Summit St, East Providence, RI 02914

**Invoice Submitted To:**
Ocwen Loan Servicing,
1661 Worthington Rd. Suite 100,
West Palm Beach, FL 33409
561-682-8000

**Payment Information:**
Confirmation #:
Method: ACH
Payment Date: 03/21/2019

| LINE # | EXPENSE CODE | CATEGORY CODE | DESCRIPTION | SERVICE DATE | AMOUNT |
|---|---|---|---|---|---|
| 1 | FB42 | FB4202 | Motion For Relief-(Recoverable from Borrower) | 03/05/2019 | $850.00 |
| 2 | FB43 | FB4306 | Motion for Relief Filing Costs-(Recoverable from Borrower) | 03/05/2019 | $181.00 |
| | | | | **Total:** | $1031.00 |

Invoice management powered by:  

05/22/2019 20:30:24 UTC Status: Approved

Bankruptcy Petition #: 1:18-bk-10625

AITNO: Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series ARSI 2006-M3